**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| CYNTHIA HOPKINS, *et al.*; | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:25-cv-00473** |
| | § | |
| CITY OF COLLEGE STATION, TEXAS, *et al.*; | § | |
| | § | |
| *Defendants.* | § | |

---

**EXHIBIT A**
**TO PLAINTIFFS' ORIGINAL COMPLAINT and JURY DEMAND**

---

***VIA HAND DELIVERY:***
Nathan Ochsner, Clerk of Court
Bob Casey United States Courthouse
515 Rusk Avenue
Houston, TX 77002

Dear Clerk,

Plaintiff hereby attaches a USB drive containing a 03:12 video of Defendant Norris's body camera that shows the raid and shooting death of Mark Hopkins, which video ("EXHIBIT A"), produced by Defendants and in their possession, is identified as follows:

**CONFIDENTIAL_Norris_BWC_CS0010.mp4**

Given the limits of the CM/ECF Filer system, Plaintiff cannot attach this video at the time of filing PLAINTIFFS' ORIGINAL COMPLAINT and JURY DEMAND.

Instead, Plaintiff is hand delivering said USB drive containing Exhibit A to the Clerk of the Court at Bob Casey United States Courthouse, 515 Rusk Avenue, Houston, TX 77002 immediately following the filing of PLAINTIFFS' ORIGINAL COMPLAINT and JURY DEMAND. Plaintiff respectfully asks that said USB drive containing Exhibit A be delivered to the Court for its review.

Thank you for your attention to this matter.

Respectfully submitted:

*/s/ Bradford J. Gilde*__________________________
Bradford J. Gilde | TSB#: 24045941 | FID#. 4010300