IN THE UNITED STATES DISTCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA HOPKINS and GEOFFREY HOPKINS, *individually and on behalf of the* ESTATE OF MARK HOPKINS, *Deceased*, and ALYSSA MICHELLE WILSON; <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF COLLEGE STATION, TEXAS; CHIEF OF POLICE BILLY COUCH; CHIEF OF POLICE BILLY COUCH; OFFICER DAKOTA NORRIS; OFFICER, INVESTIGATOR CHRISTIAN TAYLOR LOVELACE, et al. <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § §  CIVIL ACTION NO. 4:25-cv-00479 |

## PLAINTIFFS' AMENDED CERTIFICATE OF INTERESTED PERSONS

Pursuant to Paragraph 3 of this Court's February 24, 2025 Order for Conference and Disclosure of Interested Parties and Federal Rules of Procedure 7.1, Plaintiffs' Cynthia Hopkins and Geoffrey Hopkins, individually and on behalf of the Estate of Mark Hopkins, Deceased, and Alyssa Michelle Wilson, provide the following amended list of all known attorneys for record and all persons or entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations.

| Parties | Attorneys of Record |
|---|---|
| **Plaintiffs:** <br><br> 1. Cynthia Hopkins; <br> 2. Geoffrey Hopkins; <br> 3. Estate of Mark Hopkins, | **Plaintiffs' counsel:** <br><br> Bradford J. Gilde <br> Bradley G. Ertl <br> Chelsea N. Gillespie |

| Parties | Attorneys of Record |
|---|---|
| Deceased; and<br>4. Alyssa Michelle Wilson. | GILDE LAW FIRM, PLLC<br><br>Thad D. Spalding<br>Shelby J. White<br>DURHAM, PITTARD & SPALDING, LLP<br><br>Aaron William Perry<br>AARON PERRY LAW FIRM |
| **Defendants:**[1]<br><br>1. City of College Station;<br>2. Billy Couch;<br>3. Dakota Norris;<br>4. Christian Taylor Lovelace;<br>5. Jonathan D. Huth;<br>6. Richard Benton Keough;<br>7. Patrick S. McClung;<br>8. Steve Brock;<br>9. Long V. Le;<br>10. Kelby Perez;<br>11. Patrick J. McCarthy; and<br>12. Michael H. Pavelka. | **Defendants' counsel:**[2]<br><br>Andrea Chan, achan@olsonllp.com<br>OLSON & OLSON, LLP<br>2727 Allen Parkway, Suite 600<br>Houston, Texas 77019 |

---

[1] All Defendants were served on February 7, 2025. (Doc. 7). Their responsive pleading deadline was therefore February 28, 2025. Fed. R. Civ. P. 12(a)(1)(A). To date, however, none of the Defendants have filed responsive pleadings or otherwise entered an appearance in this case.

[2] Plaintiffs' counsel reached out to the City Attorney's office on March 11, 2025 and learned that Ms. Chan, identified above, and her firm, would be representing all Defendants in this matter.

Respectfully submitted:

**GILDE LAW FIRM, PLLC**

_____
Bradford J. Gilde | TSB#: 24045941 | FID#. 4010300
Bradley G. Ertl | TSB#: 24110896
Chelsea N. Gillespie | TSB#24144221
GILDE LAW FIRM, PLLC
5535 Memorial Drive, Suite F #154, Houston, TX 77007
*Phone:* 281-973-2772
*Facsimile:* 281-973-2771
bjg@gildelawfirm.com
bertl@gildelawfirm.com
cng@gildelawfirm.com

—*AND*—

**DURHAM, PITTARD & SPALDING, LLP**

*/s/ Thad D. Spalding*

_____
Thad D. Spalding | State Bar No. 00791708
Shelby J. White | State Bar No. 24084086
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222
(214) 946-8000 – Office
(214) 946-8433 – Facsimile
tspalding@dpslawgroup.com
swhite@dpslawgroup.com

—*AND*—

**AARON PERRY LAW FIRM**

*/s/ Aaron William Perry*

_____
Aaron William Perry | State Bar No. 24068270
AARON PERRY LAW FIRM
4545 Bissonnet, Suite 202, Bellaire, TX, 7740
(713) 393-7788 Phone

(713) 586-0380 Fax
aaronperry7@hotmail.com
Aaron@aaronperrylawfirm.com

***ATTORNEYS FOR PLAINTIFFS CYNTHIA HOPKINS and GEOFFREY HOPKINS, individually and on behalf of the ESTATE OF MARK HOPKINS, Deceased; and ALYSSA MICHELLE WILSON***

## CERTIFICATE OF SERVICE

I hereby certify that on **March 12, 2025**, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case filing ("ECF") system of the Court. All counsel of record were served via electronic service through the ECF system or via email.

Andrea Chan, achan@olsonllp.com
OLSON & OLSON, LLP
2727 Allen Parkway, Suite 600
Houston, Texas 77019
*Attorney for Defendants*

                                        */s/ Thad D. Spalding*
                                        **Thad D. Spalding**