## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| CYNTHIA HOPKINS and GEOFFREY HOPKINS, *individually and on behalf of the* ESTATE OF MARK HOPKINS, *Deceased*, and ALYSSA MICHELLE WILSON; §§§§§§§ *Plaintiffs,* § § v. § § CITY OF COLLEGE STATION, TEXAS, CHIEF OF POLICE BILLY COUCH, OFFICER DAKOTA NORRIS, OFFICER, INVESTIGATOR CHRISTIAN TAYLOR LOVELACE, et al. §§§§§§§ *Defendants.* § | CIVIL ACTION NO. 4:25-CV-00473  JURY TRIAL DEMANDED |

### **CERTIFICATE OF INTERESTED PARTIES OF CITY DEFENDANTS**

Defendants, City of College Station, Chief Billy Couch, Officer Dakota Norris, Officer Christian Taylor Lovelace, Officer Jonathan D. Huth, Officer Richard Benton Keough, Officer Patrick S. McClung, Officer Steve Brock, Officer Long V. Le, Officer Kelby Perez, Officer Patrick J. McCarthy, and Officer Michael H. Pavelka, submit their Certificate of Interested Parties pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, this Court's local procedures, and this Court's Order (Dkt. 8). Defendants certify that the following persons, associations, firms, partnerships, corporations, affiliates, parent corporations, or other entities are, or may be, financially interested in the outcome of this litigation:

**Plaintiffs:**

1. Cynthia Hopkins
2. Geoffrey Hopkins
3. Estate of Mark Hopkins, Deceased
4. Alyssa Michelle Wilson
5. GILDE LAW FIRM, PLLC
    a. Bradford J. Gilde
    b. Bradley G. Etrl
    c. Chelsea N. Gillespie
6. DURHAM, PITTARD & SPALDING, LLP
    a. Thad D. Spalding
    b. Shelby J. White
7. AARON PERRY LAW FIRM
    a. Aaron William Perry

**Defendants:**

1. City of College Station, Texas
2. Billy Couch
3. Dakota Norris
4. Christian Taylor Lovelace
5. Jonathan D. Huth
6. Richard Benton Keough
7. Patrick S. McClung
8. Steve Brock
9. Long V. Le
10. Kelby Perez
11. Patrick J. McCarthy
12. Michael H. Pavelka

                                                                         Respectfully submitted,

By:    */s/ Andrea Chan*
        Andrea Chan
        *Attorney-in-Charge*
        Southern District ID No. 14940
        State Bar No. 04086600
        achan@olsonllp.com
        OLSON & OLSON, LLP
        Wortham Tower, Suite 600
        2727 Allen Parkway
        Houston, Texas 77019-2133
        Telephone:  (713) 533-3800
        Facsimile:   (713) 533-3888

        Adam C. Falco, City Attorney
        College Station
        City Attorney's Office
        Southern District ID No. 954564
        State Bar No. 24055464
        afalco@cstx.gov
        1101 Texas Ave.
        P.O. Box 9960
        College Station, 77842
        Telephone:  (979) 764-3507
        Facsimile:   (979) 764-3481

        ATTORNEYS FOR DEFENDANTS, City of College Station, Texas, Chief of Police Billy Couch, Officer Dakota Norris, Officer, Investigator Christian Taylor Lovelace, Officer, Investigator Jonathan D. Huth, Officer, Sergeant Richard Benton Keough, Officer Patrick S. McClung, Officer, Operation Commander Steve Brock, Officer Long V. Le, Officer Kelby Perez, Officer Patrick J. McCarthy, and Officer Bureau Commander and Assistant Chief Michael H. Pavelka

## CERTIFICATE OF SERVICE

I certify that on the 29th day of April, 2025 a copy of this *Certificate of Interested Parties of City Defendants* was electronically filed and served on counsel of record listed below using the Court's EF/CM system pursuant to Federal Rule of Civil Procedure 5 and United States District Court for the Southern District of Texas Local Rule 5:

Bradford J. Gilde
Bradley G. Ertl
Chelsea N. Gillespie
GILDE LAW FIRM, PLLC
5535 Memorial Drive, Suite F #154
Houston, Texas 77007

  and

Thad D. Spalding
Shelby J. White
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222

  and

Aaron William Perry
AARON PERRY LAW FIRM
4545 Bissonnet, Suite 202
Bellaire, Texas 77401

**ATTORNEYS FOR PLAINTIFFS,
CYNTHIA HOPKINS AND GEOFFREY HOPKINS,**
***individually and on behalf of the* ESTATE
OF MARK HOPKINS,** *Deceased***; AND ALYSSA MICHELLE WILSON**

            */s/ Andrea Chan*
            Andrea Chan

4:25-CV-00473; Hopkins v. College Station, et al.
Certificate of Interested Parties of Defendants

4

3902510