UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Cynthia Hopkins, et al.<br>Plaintiff, | § § § § | CIVIL ACTION NO.<br>4:25−cv−00473 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| City of College Station, Texas, et al.<br>Defendant. | § § | |

NOTICE OF RESETTING

Take notice that the Initial Conference set for 5/14/2025 at 10:30 am, has been RESET as follows:

Wednesday, May 14, 2025, at 09:00 AM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002