**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CYNTHIA HOPKINS, *et al*, | § § § § § § § § § § § § | CIVIL ACTION NO 4:25-cv-00473 |
| Plaintiffs, | | |
| vs. | | JUDGE CHARLES ESKRIDGE |
| CITY OF COLLEGE STATION, TEXAS, *et al* Defendants. | | |

**MINUTE ENTRY**

Minute entry for INITIAL CONFERENCE before Judge Charles Eskridge on May 14, 2025. All parties present and represented by counsel.

The Court addressed the scheduling order and joint discovery/case management plan. Dkts 9 & 14.

The parties should promptly submit an appropriate protective order. A form is available on the Court's website.

It was observed that all Defendants have answered without bringing motion to dismiss. Defendants noted that certain of them might bring a motion with respect to qualified immunity in the near future.

The parties were ORDERED to confer in good faith as to whether any of the officers should be dismissed from this action on the basis of qualified immunity. Defendants were also advised to share a draft of any such motion with Plaintiffs before filing. See Court Procedure 17(b).

The parties should continue to confer in good faith as to discovery and settlement.

SO ORDERED.

Signed on May 14, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge