DP&S
DURHAM, PITTARD & SPALDING, L.L.P.
Texas ▪ New Mexico

August 19, 2026

**<u>VIA ELECTRONIC FILING</u>**
Clerk of the Court
United States District Court,
Southern District of Texas, Houston Division
515 Rusk Street
Houston, TX 77005

Re: Civil Action No. 4:25-cv-00473; *Hopkins, et al. v. City of College Station, Texas*

Dear Clerk:

The parties attended an private, full day mediation on August 6, 2026 with mediator, Ron Bankston. All parties and counsel were present. Although the case did not settle at mediation, all settlement possibilities have not been exhausted, and the parties continue to work on potential settlement options.

Sincerely,

*/s/ Shelby White*

Shelby White

SJW/kl

## Certificate of Service

I hereby certify that a true and correct copy of this letter was served via email on counsel of record on August 19, 2026, in accordance with the Federal Rules of Civil Procedure.

*/s/ Shelby White*
**Shelby White**