**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| CYNTHIA HOPKINS, *et al.*;<br>*Plaintiffs,*<br><br>v.<br><br>CITY OF COLLEGE STATION, TEXAS; *et al.*;<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 4:25-cv-00473**<br><br>Judge Charles Eskridge, *presiding*<br>Courtroom 9F<br>515 Rusk Street<br>Houston, TX 77002 |

# PLAINTIFFS' SECOND AMENDED[1] TRIAL EXHIBIT LIST

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | **Signed Threat Matrices (4) (Deposition Ex. 1)** – Special Investigations Unit Operation Plan with Threat Matrices for four warrant locations, including the Threat Assessment for 925 Spring Loop Drive (18 pp.; matrices signed 02/06/2023) [CS0521–CS0538] – Dep. Ex. 1: Norris 04/28/26 p.87; Keough 04/29/26 p.38; Lovelace 06/03/26 p.175; Huth 06/04/26 p.62; Brock 06/04/26 p.22 | | | | |
| 2. | **Escobar Final Operation Plan (Deposition Ex. 2)** – College Station Police Department SWAT Operational Plan PowerPoint, "High Risk Search Warrants x3" (75 slides; briefed 02/07/2023) [CS0446–CS0520] – Dep. Ex. 2: Norris 04/28/26 p.103; Lovelace 06/03/26 p.203; McClung 06/03/26 p.25; Huth 06/04/26 p.61; Brock 06/04/26 p.72; page CS0515 shown in Le 04/28/26 p.42 (designated "Exhibit 1" in that transcript) | | | | |
| 3. | **Plaintiffs' Original Complaint and Jury Demand, with Exhibit A (Deposition Ex. 3)** thereto – Dep. Ex. 3: Norris 04/28/26 p.136; McClung 06/03/26 p.10 | | | | |

[1] Plaintiffs' Second Amended Exhibit List identifies 152 exhibits. Plaintiffs' First Amended Exhibit List identified 207; Plaintiffs' Original Exhibit List identified 336. As with each prior amendment, no exhibit has been added — exhibits have only been withdrawn — and this list restates the complete list, as required by the Court's Procedures § 22(a). Consistent with § 22(a)'s direction to list only those exhibits a party intends in good faith to use before the jury, Plaintiffs have culled, and continue to cull, the list to those exhibits Plaintiffs reasonably anticipate offering at trial. Because amendment by withdrawal only narrows the exhibits before the Court, the universe of potential objections has been reduced – not enlarged, no new objection period is required, and no objection was made to any of them within the time provided by § 22(d). *See also*, § 22(e).

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **4.** | **Body-worn camera video of Officer Dakota Norris (Deposition Ex. 4)**, February 8, 2023 [CS0009 and CS0010] (3 min. 12 sec. excerpt attached as Exhibit A to Plaintiffs' Original Complaint) – Dep. Ex. 4: Norris 04/28/26 p.147; referenced Le 04/28/26 pp.69, 83 | | | | |
| **5.** | **College Station Police Department Informational Memorandum dated February 24, 2023 (Deposition Ex. 5)** (SWAT After Action Report re February 8, 2023), authored by Investigator Jonathan Huth to Chief of Police Billy Couch; approved by Lt. Brock 03/07/2023 and Asst. Chief Pavelka 03/13/2023 [CS9933–CS9935] – Dep. Ex. 5: Norris 04/28/26 p.162; Couch 04/29/26 p.70; Huth 06/04/26 p.12; Brock 06/04/26 p.82 | | | | |
| **6.** | **Photographs of the front door and entryway of 925 Spring Loop Drive (Deposition Ex. 6)** [CS10272–CS10274] – Dep. Ex. 6: Le 04/28/26 p.43 | | | | |
| **7.** | **Distraction Device Training Combined – distraction device / flash-bang training materials produced by Defendants in response to Plaintiffs' Requests for Production – pages 96-217 and 233-304 *only* (Deposition Ex. 7)**, including the Defense Technology Distraction Device Instructor Course PowerPoint [CS09936–CS10269] – Dep. Ex. 7: Le 04/28/26 p.60; Couch 04/29/26 p.13; Keough 04/29/26 p.112; Lovelace 06/03/26 p.215; McClung 06/03/26 p.32; Huth 06/04/26 p.63; a second volume of the same training file was produced at CS10275–CS10398 and is listed separately | | | | |
| **8.** | **Notice of Deposition of Chief of Police Billy Couch, with Exhibit A thereto (Deposition Ex. 8)** – Dep. Ex. 8: Couch 04/29/26 p.5 | | | | |
| **9.** | **City of College Station Code of Ordinances / City Charter, Article III [CS9513–CS9520] (Deposition Ex. 9)** – Dep. Ex. 9: Couch 04/29/26 p.36 | | | | |
| **10.** | **CCSPD SOP, Chapter 34 – Investigations (Deposition Ex. 10)** (2023; revision date 09/19/2023) [CS1322–CS1334] – Dep. Ex. 10: Couch 04/29/26 p.53 | | | | |
| **11.** | **CCSPD SOP, Chapter 40 – Search and Seizure (Deposition Ex. 11)** (2021; revision date 04/13/2021) [CS1335–CS1342] – Dep. Ex. 11: Couch 04/29/26 pp.60, 93 | | | | |
| **12.** | **CCSPD SOP, Chapter 48 – Tactical Unit (Deposition Ex. 12)** (2021; revision date 01/29/2021) [CS1369–CS1375] – Dep. Ex. 12: Couch 04/29/26 p.74 | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **13.** | **2023 Informational Memorandum – Administrative Review 001, administrative review of the February 8, 2023 incident by Lieutenant Sean Beatty #534 (Deposition Ex. 13), dated October 11, 2023 [CS9532–CS9537 *only*]** (redacted version listed separately at CS0271–CS0416) – Dep. Ex. 13: Couch 04/29/26 p.108 | | | | |
| **14.** | **Affidavit for Search Warrant and Search Warrant for 925 Spring Loop Drive, College Station, Texas, sworn by Investigator Christian Taylor Lovelace and signed by Judge Spillane on February 6, 2023 (Deposition Ex. 14)** [CS0428–CS0445] – Dep. Ex. 14: Lovelace 06/03/26 p.77; Huth 06/04/26 p.104 | | | | |
| **15.** | **Lovelace's Investigation – investigative case notes of Investigator Christian Taylor Lovelace (Deposition Ex. 15)** (native Word document with tracked changes, 99 pp.) [CS8650–CS8748] – Dep. Ex. 15: Lovelace 06/03/26 pp.157, 216 | | | | |
| **16.** | **Audio recording of the February 8, 2023 interview of Lauren Decoux and Alyssa Michelle Wilson conducted by Investigator Christian Taylor Lovelace, with transcript thereof (26 pp.) (Deposition Ex. 16)** [CS0014] – Dep. Ex. 16: Lovelace 06/03/26 p.219 | | | | |
| **17.** | **Body-worn camera video of Officer Patrick Steven McClung, February 8, 2023 (Deposition Ex. 17)** [CS0006] – Dep. Ex. 17: McClung 06/03/26 p.41. (The number 17 was also used in Pavelka 06/04/26 p.35 for the deposition transcript of Chief Couch, which is not listed as an exhibit.) | | | | |
| **18.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **19.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **20.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **21.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **22.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **23.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **24.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **25.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **26.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **27.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **28.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **29.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **30.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **31.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **32.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **33.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **34.** | Body-worn camera video of Officer Long Le, February 8, 2023 [CS0005] | | | | |
| **35.** | Body-worn camera video of Officer McClung, February 8, 2023 [CS0006] | | | | |
| **36.** | Body-worn camera video of Officer Norris, February 8, 2023 [CS0009] | | | | |
| **37.** | Body-worn camera video of Officer Norris, February 8, 2023 [CS0010] | | | | |
| **38.** | Witness Statements--CONFIDENTIAL_Cartwright_BWC_CS0015 | | | | |
| **39.** | Complaint against Officer Dakota Norris, 2019 CD 033 [CS0539–CS0544] | | | | |
| **40.** | Complaint against Officer Dakota Norris, 2019 INT 007 [CS0545–CS0594] | | | | |
| **41.** | Complaint against Officer Dakota Norris, 2018 CD 002 [CS0595] | | | | |
| **42.** | Complaint against Investigator Christian Taylor Lovelace, 2014 AR 020 [CS0596–CS0598] | | | | |
| **43.** | Complaint against Investigator Christian Taylor Lovelace, 2014 CD 013 [CS0599–CS0608] | | | | |
| **44.** | Complaint against Investigator Christian Taylor Lovelace, 2014 EXT 018 [CS0609–CS0635] | | | | |
| **45.** | Complaint against Investigator Christian Taylor Lovelace, 2014 EXT 025 [CS0636–CS0663] | | | | |
| **46.** | 2008 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1243–CS1244] | | | | |
| **47.** | 2009 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1245–CS1246] | | | | |
| **48.** | 2010 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1247–CS1248] | | | | |
| **49.** | 2011 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1249–CS1250] | | | | |
| **50.** | 2012 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1251–CS1252] | | | | |
| **51.** | 2013 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1253–CS1255] | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **52.** | 2014 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1256–CS1258]; Internal Affairs annual reports discussed at Pavelka 06/04/26 pp.29–30 | | | | |
| **53.** | 2015 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1259–CS1262] | | | | |
| **54.** | 2016 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1263–CS1266] | | | | |
| **55.** | 2017 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1267–CS1270] | | | | |
| **56.** | 2018 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1271–CS1274] | | | | |
| **57.** | 2019 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1275–CS1278] | | | | |
| **58.** | 2020 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1279–CS1282] | | | | |
| **59.** | 2021 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1283–CS1286] | | | | |
| **60.** | 2022 Internal Affairs Annual Report (officer-involved shootings 2005 to present) [CS1287–CS1289] | | | | |
| **61.** | CCSPD SOP, Chapter 04 – Organizational Structure (2020) [CS1290–CS1294] | | | | |
| **62.** | CCSPD SOP, Chapter 19 – Discipline (2013) [CS1295–CS1299] | | | | |
| **63.** | CCSPD SOP, Chapter 26 – Complaints and Internal Affairs (2014) [CS1302–CS1308] | | | | |
| **64.** | CCSPD SOP, Chapter 28 – Training (2022) [CS1309–CS1321] | | | | |
| **65.** | CCSPD SOP, Chapter 41 – Arrest Procedures (2020) [CS1343–CS1349] | | | | |
| **66.** | CCSPD SOP, Chapter 42 – Use of Force (2020) [CS1350–CS1354] | | | | |
| **67.** | CCSPD SOP, Chapter 47 – Tactical Operations (2014) [CS1355–CS1364] | | | | |
| **68.** | CCSPD SOP, Chapter 47, SOP 47.4 – Officer Involved Shooting / Deadly Force (2021) [CS1365–CS1368] | | | | |
| **69.** | CCSPD Use of Force Reports, 2013 [CS6793–CS6855]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31 | | | | |
| **70.** | CCSPD Use of Force Reports, 2014 [CS6856–CS6923]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31; includes the Sgt. Ford supplement regarding the William Herring standoff at CS6904, used at Lovelace 06/03/26 pp.243–244 | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **71.** | CCSPD Use of Force Reports, 2015 [CS6924–CS6978]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31; includes CS6929, referenced at Lovelace 06/03/26 p.243 | | | | |
| **72.** | CCSPD Use of Force Reports, 2016 [CS6979–CS7033]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31 | | | | |
| **73.** | CCSPD Use of Force Reports, 2017 [CS7034–CS7107]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31 | | | | |
| **74.** | CCSPD Use of Force Reports, 2018 [CS7108–CS7152]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31; includes the Rufus Lockett incident reports at CS7132–CS7136, used at Lovelace 06/03/26 pp.237–241 | | | | |
| **75.** | CCSPD Use of Force Reports, 2019 [CS7153–CS7165]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31 | | | | |
| **76.** | CCSPD Use of Force Reports, 2021 [CS7166–CS7179]; identified as production folder 12 at Pavelka 06/04/26 pp.30–31 | | | | |
| **77.** | CS7180 -- Transcript_for_Lovelace_interview_with_Lauren_and_Alyssa.MP3.txt | | | | |
| **78.** | CS7610 -- SWAT_Warrant_Service.mp4 | | | | |
| **79.** | CS7612 -- SWAT_WARRANT_SERVICE-_HUTH_BWC.mp4 | | | | |
| **80.** | CS7613 -- SWAT_Warrant_Service-2.mp4 | | | | |
| **81.** | CS7614 -- SWAT_WARRANT_SERVICE-MOORE_BWC.mp4 | | | | |
| **82.** | CS7800 -- SWAT_Warrant_Service-2.mp4 | | | | |
| **83.** | CS7992 -- Axon_Body_3_Video_2023-02-08_0540_X60A7974Y.mp4 | | | | |
| **84.** | CS7994 -- Axon_Body_3_Video_2023-02-08_0540_X60A82676.mp4 | | | | |
| **85.** | CS7999 -- SWAT_WARRANT_SERVICE-_HUTH_BWC.mp4 | | | | |
| **86.** | CS8290 -- ATTEMPT_WARRANT_SVC-3.mp4 | | | | |
| **87.** | CS8296 -- ATTEMPT_WARRANT_SVC-9.mp4 | | | | |
| **88.** | CS8298 -- ATTEMPT_WARRANT_SVC-11.mp4 | | | | |
| **89.** | CS8301 -- ATTEMPT_WARRANT_SVC-14.mp4 | | | | |
| **90.** | CS8303 -- ATTEMPT_WARRANT_SVC-16.mp4 | | | | |
| **91.** | CS8306 -- ATTEMPT_WARRANT_SVC-19.mp4 | | | | |
| **92.** | CS8308 -- ATTEMPT_WARRANT_SVC-21.mp4 | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **93.** | CS8309 -- ATTEMPT_WARRANT_SVC-22.mp4 | | | | |
| **94.** | CS8311 -- ATTEMPT_WARRANT_SVC-24.mp4 | | | | |
| **95.** | CS8312 -- ATTEMPT_WARRANT_SVC-25.mp4 | | | | |
| **96.** | CS8316 -- ATTEMPT_WARRANT_SVC-29.mp4 | | | | |
| **97.** | CS8325 -- ATTEMPT_WARRANT_SVC-38.mp4 | | | | |
| **98.** | CS8326 -- ATTEMPT_WARRANT_SVC-39.mp4 | | | | |
| **99.** | CS8329 -- ATTEMPT_WARRANT_SVC-42 – | | | | |
| **100.** | CS8330 -- ATTEMPT_WARRANT_SVC-43 | | | | |
| **101.** | CS8342 -- SWAT_Warrant_Service_-_Keough_BWC.mp4 | | | | |
| **102.** | CS8352 -- WARRANT_SERVICE_(SWAT_-_PERIMETER_TEAM)-7.mp4 | | | | |
| **103.** | CS8566 -- 925_Spring_Loop_SWAT_Warrant_Service.mp4 | | | | |
| **104.** | CS8566 -- 925_Spring_Loop_SWAT_Warrant_Service.mp4 | | | | |
| **105.** | CS8571 -- Axon_Body_3_Video_2023-02-08_0601_X60A87633.mp4 | | | | |
| **106.** | CS8572 -- Axon_Body_3_Video_2023-02-08_0643_X60A8877Q.mp4 | | | | |
| **107.** | CS8611 -- ATTEMPT_WARRANT_SVC-3.mp4 | | | | |
| **108.** | CS8632 -- AXON_Fleet_2_IR_Video_2023-02-08_0724.mp4 | | | | |
| **109.** | CS8633 -- AXON_Fleet_2_IR_Video_2023-02-08_1124.mp4 | | | | |
| **110.** | CS8644 -- ATTEMPT_WARRANT_SVC.mp4 | | | | |
| **111.** | CS8645 -- ATTEMPT_WARRANT_SVC-2.mp4 | | | | |
| **112.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **113.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **114.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **115.** | Scene Photos part 1.pdf (CS8849 – CS9339) | | | | |
| **116.** | Plaintiffs' Expert Materials [HOPKINS000001–HOPKINS000070], produced March 17, 2026 | | | | |
| **117.** | Therapy records of Plaintiff Alyssa Michelle Wilson [HOPKINS000075–HOPKINS000193], produced May 27, 2026; counseling beginning within one week of the incident described at Wilson 07/22/26 | | | | |
| **118.** | Judgment Determining Heirship and Granting Letters of Independent Administration | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | [HOPKINS000194–HOPKINS000196], produced May 27, 2026 | | | | |
| **119.** | Order Granting Letters of Independent Administration by Agreement, Texas Estates Code Section 401.003 [HOPKINS000197–HOPKINS000199], produced May 27, 2026 | | | | |
| **120.** | Letters of Administration [HOPKINS000200], produced May 27, 2026 | | | | |
| **121.** | Blinn College Student Transaction Summary Report for Mark Hopkins [HOPKINS000204–HOPKINS000207], produced July 1, 2026 | | | | |
| **122.** | Blinn College transcript of Mark Hopkins [HOPKINS000208–HOPKINS000209], produced July 1, 2026 | | | | |
| **123.** | Blinn College student bills and refund statements for Mark Hopkins, terms 202010, 202020, 202040, 202110, 202120, 202130, 202140, 202210, 202220, 202310, 202315, 202320, and 202510 [HOPKINS000210–HOPKINS000235], produced July 1, 2026 | | | | |
| **124.** | Photographs [HOPKINS000236–HOPKINS000300], produced July 1, 2026 | | | | |
| **125.** | Expert Report of Jeff Noble, final [HOPKINS000302–HOPKINS000383], produced July 1, 2026 | | | | |
| **126.** | Expert Report of Scott Roder, final [HOPKINS000384–HOPKINS000441], produced July 1, 2026 | | | | |
| **127.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **128.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **129.** | Scott Roder Expert Report, Linked Evidence Room curriculum vitae [HOPKINS000470], produced July 1, 2026 | | | | |
| **130.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **131.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **132.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **133.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **134.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **135.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **136.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **137.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **138.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **139.** | Scott Roder Expert Report reliance material: College Station Police Department online policies, | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | #8CantWait [HOPKINS000959–HOPKINS000963], produced July 1, 2026 | | | | |
| **140.** | Expert Report of Brams, Bereavement Analysis of Geoffrey Hopkins [HOPKINS000964–HOPKINS000974], produced July 1, 2026 | | | | |
| **141.** | Expert Report of Brams, Bereavement Analysis of Alyssa Michelle Wilson [HOPKINS000975–HOPKINS000988], produced July 1, 2026 | | | | |
| **142.** | Expert Report of Brams, Bereavement Analysis of Cynthia Hopkins [HOPKINS000989–HOPKINS000999], produced July 1, 2026 | | | | |
| **143.** | Curriculum vitae of Brams [HOPKINS001000–HOPKINS001005], produced July 1, 2026 | | | | |
| **144.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **145.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **146.** | Amended Expert Report of Laughlin [HOPKINS001008–HOPKINS001038], produced July 20, 2026 | | | | |
| **147.** | Photographs of Mark Hopkins, produced July 20, 2026 | | | | |
| **148.** | Personal videos recording of Mark Hopkins: Mark Hopkins, Alyssa Michelle Wilson, and friends playing with wine cups [HOPKINS001186], produced July 20, 2026 | | | | |
| **149.** | Personal video recording of Mark Hopkins: Alyssa Michelle Wilson with Mark Hopkins lying on her shoulder [HOPKINS001187], produced July 20, 2026 | | | | |
| **150.** | Personal video recording of Mark Hopkins: Mark Hopkins and Alyssa Michelle Wilson playing with a grasshopper or cricket [HOPKINS001188], produced July 20, 2026 | | | | |
| **151.** | Personal video recording of Mark Hopkins: Mark Hopkins and Alyssa Michelle Wilson at a college game [HOPKINS001189], produced July 20, 2026 | | | | |
| **152.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **153.** | Personal video recording of Mark Hopkins: Mark Hopkins and Alyssa Michelle Wilson laughing [HOPKINS001191], produced July 20, 2026 | | | | |
| **154.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **155.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **156.** | Personal video recording of Mark Hopkins: Mark Hopkins and Alyssa Michelle Wilson singing [HOPKINS001194], produced July 20, 2026 | | | | |
| **157.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **158.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| **159.** | Personal video recording of Mark Hopkins: Mark Hopkins birthday dinner with Alyssa Michelle Wilson, part 1 [HOPKINS001197], produced July 20, 2026 | | | | |
| **160.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **161.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **162.** | Personal video recording of Mark Hopkins: Mark Hopkins kissing Alyssa Michelle Wilson on the cheek [HOPKINS001200], produced July 20, 2026 | | | | |
| **163.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **164.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **165.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **166.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **167.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **168.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **169.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **170.** | Map of College Station [HOPKINS004227–HOPKINS004231], produced August 4, 2026 | | | | |
| **171.** | College Station Police Department, About College Station [HOPKINS004232–HOPKINS004242], produced August 4, 2026 | | | | |
| **172.** | National Tactical Officers Association Tactical Response and Operations Standard for Law Enforcement Agencies [HOPKINS005143–HOPKINS005206], produced August 4, 2026 | | | | |
| **173.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **174.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **175.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| **176.** | Curriculum vitae of Scott Roder [HOPKINS005207–HOPKINS005223], produced September 10, 2026 | | | | |
| **177.** | Curriculum vitae, publications, fee schedule, and testimony list of Laughlin [HOPKINS005230–HOPKINS005237], produced September 10, 2026 | | | | |
| **178.** | Video recording of the memorial service for Mark Hopkins [HOPKINS005238], produced September 9, 2026 | | | | |
| **179.** | Video statement of the sister of Mark Hopkins, "You've Been Gone 365 Days" [HOPKINS005239], produced September 9, 2026 | | | | |
| **180.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 181. | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| 182. | Supplemental Expert Report of Scott Roder [HOPKINS005242–HOPKINS005305], produced September 14, 2026 | | | | |
| 183. | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| 184. | Scott Roder Supplemental Expert Report, Full Speed Footage Breakdown (video), report page 47 [HOPKINS005307], produced September 14, 2026 | | | | |
| 185. | Scott Roder Supplemental Expert Report, One-Tenth Speed Footage Breakdown (video), report page 47 [HOPKINS005308], produced September 14, 2026 | | | | |
| 186. | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |
| 187. | Scott Roder Supplemental Expert Report, Hopkins Tactical Light PRT (video), report page 48 [HOPKINS005310], produced September 14, 2026 | | | | |
| 188. | Scott Roder Supplemental Expert Report, SureFire Scout Light Pro product literature, report page 49 [HOPKINS005311], produced September 14, 2026 | | | | |
| 189. | Scott Roder Supplemental Expert Report, Hopkins Evidence of Injury (video), report page 49 [HOPKINS005312], produced September 14, 2026 | | | | |
| 190. | Scott Roder Supplemental Expert Report, Shooting Transcribed, Full Video (video), report page 49 [HOPKINS005313], produced September 14, 2026 | | | | |
| 191. | Scott Roder Supplemental Expert Report, Hopkins Point-of-View Scenario A (video), report page 50 [HOPKINS005314], produced September 14, 2026 | | | | |
| 192. | Scott Roder Supplemental Expert Report, Hopkins Point-of-View Scenario A with subtitles and blackout (video), report page 50 [HOPKINS005315], produced September 14, 2026 | | | | |
| 193. | Scott Roder Supplemental Expert Report, Sequence Overview Scenario A (video), report page 50 [HOPKINS005316], produced September 14, 2026 | | | | |
| 194. | Scott Roder Supplemental Expert Report, Wilson Point-of-View Scenario A (video), report page 51 [HOPKINS005317], produced September 14, 2026 | | | | |
| 195. | Scott Roder Supplemental Expert Report, Wilson Point-of-View Scenario A with subtitles and blood (video), report page 51 [HOPKINS005318], produced September 14, 2026 | | | | |
| 196. | Scott Roder Supplemental Expert Report, Floor Plan Measurements (image), report page 51 [HOPKINS005319], produced September 14, 2026 | | | | |
| 197. | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Dakota Norris (video), report page 51 [HOPKINS005320], produced September 14, 2026 | | | | |
| 198. | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Investigator | | | | |

| No. | DESCRIPTION | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | Jonathan D. Huth (video), report page 51 [HOPKINS005321], produced September 14, 2026 | | | | |
| **199.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Le (video), report page 51 [HOPKINS005322], produced September 14, 2026 | | | | |
| **200.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Sergeant Richard Benton Keough (video), report page 51 [HOPKINS005323], produced September 14, 2026 | | | | |
| **201.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Moore (video), report page 51 [HOPKINS005324], produced September 14, 2026 | | | | |
| **202.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Jones (video), report page 51 [HOPKINS005325], produced September 14, 2026 | | | | |
| **203.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Vazquez (video), report page 52 [HOPKINS005326], produced September 14, 2026 | | | | |
| **204.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Grant (video), report page 52 [HOPKINS005327], produced September 14, 2026 | | | | |
| **205.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Kelby Perez (video), report page 52 [HOPKINS005328], produced September 14, 2026 | | | | |
| **206.** | Scott Roder Supplemental Expert Report, animatic reconstruction of the account of Officer Taylor (video), report page 52 [HOPKINS005329], produced September 14, 2026 | | | | |
| **207.** | w/drawn | w/drawn | w/drawn | w/drawn | w/drawn |

Respectfully submitted,

*/s/ Bradford J. Gilde*
Bradford J. Gilde | TSB#: 24045941 |
FID#: 4010300
bjg@gildelawfirm.com
Gilde Law Firm, PLLC
5535 Memorial Drive, Suite F #154,
Houston, Texas 77007
Telephone: (281) 973-2772
Facsimile: (281) 973-2771
-AND-
Durham, Pittard & Spalding, LLP

Thad D. Spalding | TSB#: 00791708
tspalding@dpslawgroup.com
Shelby J. White | TSB#: 24084086
swhite@dpslawgroup.com
P.O. Box 224626
Dallas, Texas 75222
Telephone: (214) 946-8000
Facsimile: (214) 946-8433
-AND-
Aaron Perry Law Firm
Aaron William Perry | TSB#: 24068270
aaron@aaronperrylawfirm.com
4545 Bissonnet, Suite 202
Bellaire, Texas 77401
Telephone: (713) 393-7788
Facsimile: (713) 586-0380

**Attorneys for Plaintiffs,**
*Cynthia Hopkins and Geoffrey Hopkins, individually and on behalf of the Estate of Mark Hopkins, Deceased; and Alyssa Michelle Wilson*

**CERTIFICATE OF SERVICE**

I hereby certify that on OCTOBER 12, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this notice as service of this document by electronic means.

*/s/ Bradford J. Gilde*
Bradford J. Gilde