# United States District Court
# Southern District of Texas
# Houston Division

| | | |
|---|---|---|
| Cynthia Hopkins, et al.<br>Plaintiff, | §<br>§<br>§<br>§ | Civil Action No.<br>4:25−cv−00473 |
| vs. | § | Judge Charles Eskridge |
| City of College Station, Texas, et al.<br>Defendant. | §<br>§<br>§<br>§ | |

## Notice of Setting

Take notice that a Motion Hearing is set as follows:

Tuesday, January 12, 2027, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002