**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

| | | |
|---|---|---|
| CYNTHIA HOPKINS, *et al.*; | § | **CIVIL ACTION NO.** |
| *Plaintiffs,* | § | **4:25-cv-00473** |
| | § | |
| v. | § | |
| | § | Judge Charles Eskridge, *presiding* |
| CITY OF COLLEGE STATION, TEXAS; | § | Courtroom 9F |
| *et al.*; | § | 515 Rusk Street |
| *Defendants.* | § | Houston, TX 77002 |

# DEFENDANTS' AMENDED TRIAL EXHIBIT LIST

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Signed Threat Matrices (4) – Special Investigations Unit Operation Plan with Threat Matrices for four warrant locations, including the Threat Assessment for 925 Spring Loop Drive | | | | |
| 2 | Escobar Final Operation Plan – College Station Police Department SWAT Operational Plan PowerPoint, "High Risk Search Warrants x3" | | | | |
| 3 | Body-worn camera video of Officer Dakota Norris, February 8, 2023 [CS0009 and CS0010] | | | | |
| 4 | College Station Police Department Informational Memorandum dated February 24, 2023 (SWAT After Action Report re February 8, 2023), authored by Investigator Jonathan Huth to Chief of Police Billy Couch; approved by Lt. Brock 03/07/2023 and Asst. Chief Pavelka 03/13/2023 [CS9933–CS9935] | | | | |
| 5 | Photographs of the front door and entryway of 925 Spring Loop Drive [CS10272–CS10274] | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 6 | Distraction Device Training Combined – distraction device / flash-bang training materials [CS09936–CS10269] | | | | |
| 7 | College Station Police Department Standard Operating Procedure, Chapter 34 – Investigations | | | | |
| 8 | College Station Police Department Standard Operating Procedure, Chapter 40 – Search and Seizure (2021; revision date 04/13/2021) [CS1335–CS1342] | | | | |
| 9 | College Station Police Department Standard Operating Procedure, Chapter 48 – Tactical Unit (2021; revision date 01/29/2021) [CS1369–CS1375] | | | | |
| 10 | College Station Police Department 2023 Informational Memorandum – Administrative Review 001, administrative review of the February 8, 2023 incident by Lieutenant Sean Beatty #534, dated October 11, 2023 [CS9532–CS9677] | | | | |
| 11 | Affidavit for Search Warrant and Search Warrant for 925 Spring Loop Drive, College Station, Texas, sworn by Investigator Christian Taylor Lovelace and signed by Judge Spillane on February 6, 2023 [CS0428–CS0445] | | | | |
| 12 | Lovelace's Investigation – investigative case notes of Investigator Christian Taylor Lovelace (native Word document with tracked changes, 99 pp.) [CS8650–CS8748] | | | | |
| 13 | Audio recording of the February 8, 2023 interview of Lauren Decoux and Alyssa Michelle Wilson conducted by Investigator Christian Taylor Lovelace, with transcript thereof (26 pp.) [CS0014] | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 14 | Body-worn camera video of Officer Patrick Steven McClung, February 8, 2023 [CS0006] | | | | |
| 15 | withdrawn | | | | |
| 16 | Body-worn camera video of Investigator Jonathan Huth, February 8, 2023 [CS0002]; discussed at Huth 06/04/26 | | | | |
| 17 | withdrawn | | | | |
| 18 | Body-worn camera video of Sergeant Richard Benton Keough, February 8, 2023 [CS0004] | | | | |
| 19 | Body-worn camera video of Officer Long Le, February 8, 2023 [CS0005]; discussed at Le 04/28/26 | | | | |
| 20 | withdrawn | | | | |
| 21 | withdrawn | | | | |
| 22 | Body-worn camera video of Officer Kelby Perez, February 8, 2023 [CS0011] | | | | |
| 23 | withdrawn | | | | |
| 242 | withdrawn | | | | |
| 25 | withdrawn | | | | |
| 26 | withdrawn | | | | |
| 27 | withdrawn | | | | |
| 28 | withdrawn | | | | |
| 29 | withdrawn | | | | |
| 30 | College Station Police Department Standard Operating Procedure, Chapter 04 – Organizational Structure (2020) [CS1290–CS1294] | | | | |
| 31 | College Station Police Department Standard Operating Procedure, Chapter 19 – Discipline (2013) [CS1295–CS1299] | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 32 | College Station Police Department Standard Operating Procedure, Chapter 26 – Complaints and Internal Affairs (2014) [CS1302–CS1308] | | | | |
| 33 | College Station Police Department Standard Operating Procedure, Chapter 28 – Training (2022) [CS1309–CS1321] | | | | |
| 34 | College Station Police Department Standard Operating Procedure, Chapter 41 – Arrest Procedures (2020) [CS1343–CS1349] | | | | |
| 35 | College Station Police Department Standard Operating Procedure, Chapter 42 – Use of Force (2020) [CS1350–CS1354] | | | | |
| 36 | College Station Police Department Standard Operating Procedure, Chapter 47 – Tactical Operations (2014) [CS1355–CS1364] | | | | |
| 37 | College Station Police Department Standard Operating Procedure, Chapter 47, SOP 47.4 – Officer Involved Shooting / Deadly Force (2021) [CS1365–CS1368] | | | | |
| 38 | withdrawn | | | | |
| 39 | withdrawn | | | | |
| 40 | withdrawn | | | | |
| 41 | withdrawn | | | | |
| 41 | withdrawn | | | | |
| 43 | withdrawn | | | | |
| 44 | withdrawn | | | | |
| 45 | withdrawn | | | | |
| 94 | withdrawn | | | | |
| 46 | withdrawn | | | | |
| 47 | withdrawn | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 48 | withdrawn | | | | |
| 49 | withdrawn | | | | |
| 50 | withdrawn | | | | |
| 51 | In-car / dash camera footage, 925 Spring Loop Drive, February 8, 2023 [CS7208–CS7212] | | | | |
| 52 | Video of Sergeant Keough's walk-through of 925 Spring Loop Drive with Alyssa Wilson [CS7213] | | | | |
| 53 | Officer-involved shooting video, 925 Spring Loop Drive [CS7214] | | | | |
| 54 | SWAT perimeter team video, 925 Spring Loop Drive [CS7215–CS7219] | | | | |
| 55 | 1775 Greens Prairie Road – combined records [CS7220–CS7597] | | | | |
| 56 | 1775 Greens Prairie Road – SWAT warrant service, Axon body camera, SIU search warrant, and escort video [CS7599–CS7606 and CS7608–CS7615] | | | | |
| 57 | Recorded EOCA debrief under Miranda of Scott Siddons [CS7607]; Siddons criminal history examined at Lovelace 06/03/26 | | | | |
| 58 | Recorded arrest and interview of Valdez [CS7616] | | | | |
| 59 | withdrawn | | | | |
| 60 | 3934 Tranquil Path Drive – combined records [CS7635–CS7988] | | | | |
| 61 | 3934 Tranquil Path Drive – SWAT warrant service and Axon body camera video [CS7990–CS7995, CS7997–CS7999, and CS7800–CS7802] | | | | |
| 62 | Recorded interview with Gentry [CS7996] | | | | |
| 63 | withdrawn | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 64 | 1711 N. Earl Rudder Freeway #930 (storage unit) – combined records [CS7895–CS7943], attempt warrant service video [CS7945–CS7946] | | | | |
| 65 | 925 Spring Loop Drive – combined records [CS7816–CS7893] | | | | |
| 66 | withdrawn | | | | |
| 67 | 925 Spring Loop Drive –attempt warrant service video series 1 through 45 [CS8287–CS8332] | | | | |
| 68 | withdrawn | | | | |
| 69 | withdrawn | | | | |
| 70 | withdrawn | | | | |
| 71 | withdrawn | | | | |
| 72 | withdrawn | | | | |
| 73 | withdrawn | | | | |
| 74 | withdrawn | | | | |
| 75 | 925 Spring Loop Drive – evidence photographs, firearm [CS8478–CS8509] | | | | |
| 76 | withdrawn | | | | |
| 77 | withdrawn | | | | |
| 78 | withdrawn | | | | |
| 79 | withdrawn | | | | |
| 80 | withdrawn | | | | |
| 81 | withdrawn | | | | |
| 82 | withdrawn | | | | |
| 83 | 925 Spring Loop Drive – laboratory photographs [CS8759–CS8848] | | | | |

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 84 | 925 Spring Loop Drive – scene photographs, part 1 [CS8849–CS9339] | | | | |
| 85 | 925 Spring Loop Drive – scene photographs, part 2 [CS9340–CS9382, listed in the production index as "CCS9340"] | | | | |
| 86 | 925 Spring Loop Drive (7 of 8) scene video MVI_0006 through MVI_0008 | | | | |
| 87 | withdrawn | | | | |
| 88 | College Station Police Department Investigation Report 2023-001105, unredacted [CS9521–CS9531] | | | | |
| 89 | College Station Police Department Investigation Report 23-001104, unredacted [CS9678–CS9804] | | | | |
| 90 | College Station Police Department Investigation Report 23-001092, unredacted – narcotics investigation of Abraham Escobar [CS9805–CS9932] | | | | |
| 91 | withdrawn | | | | |
| 92 | Expert Report of Bryan D. Chiles, Hopkins v. College Station | | | | |
| 93 | Expert Report of Larry Donnell Gordon [CS010993–CS011012] | | | | |
| 94 | Expert Report of Marcus L. "Sandy" Wall, Less Lethal Options, LLC, College Station Report [CS011012–CS011037], | | | | |
| 95 | withdrawn | | | | |
| 96 | withdrawn | | | | |

Respectfully submitted,

By: /s/ Andrea Chan
Andrea Chan
*Attorney-in-Charge*
Southern District ID No. 14940
State Bar No. 04086600
achan@olsonllp.com
OLSON & OLSON, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019-2133
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

Adam C. Falco, City Attorney
College Station
City Attorney's Office
Southern District ID No. 954564
State Bar No. 24055464
afalco@cstx.gov
1101 Texas Ave.
P.O. Box 9960
College Station, 77842
Telephone: (979) 764-3507
Facsimile: (979) 764-3481

ATTORNEYS FOR DEFENDANTS, City of College Station, Texas, Chief of Police Billy Couch, Officer Dakota Norris, Officer, Investigator Christian Taylor Lovelace, Officer, Investigator Jonathan D. Huth, Officer, Sergeant Richard Benton Keough, Officer Patrick S. McClung, Officer, Operation Commander Steve Brock, Officer Long V. Le, Officer Kelby Perez, Officer Patrick J. McCarthy, and Officer Bureau Commander and Assistant Chief Michael H. Pavelka

## ***CERTIFICATE OF SERVICE***

I certify that on the 14th day of October 2026, a copy of this *Defendants' Amended Exhibit List* was electronically filed and served on counsel of record listed below using the Court's EF/CM system pursuant to Federal Rule of Civil Procedure 5 and United States District Court for the Southern District of Texas Local Rule 5:

Bradford J. Gilde
GILDE LAW FIRM, PLLC
5535 Memorial Drive, Suite F #154
Houston, Texas 77007

*and*

Thad D. Spalding
Shelby J. White
DURHAM, PITTARD & SPALDING, LLP
P.O. Box 224626
Dallas, Texas 75222

*and*

Aaron William Perry
AARON PERRY LAW FIRM
4545 Bissonnet, Suite 202
Bellaire, Texas 77401

**ATTORNEYS FOR PLAINTIFFS,**
**CYNTHIA HOPKINS AND GEOFFREY HOPKINS,**
***individually and on behalf of the* ESTATE**
**OF MARK HOPKINS, *Deceased*; AND ALYSSA MICHELLE WILSON**

*/s/ Andrea Chan*
Andrea Chan